# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VALENTINA O'CONNOR, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 8066 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Ruben Castillo |
| DEPUTY ARTHUR WRIGHT, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO STAY

Defendants, Deputy Arthur Wright, Deputy Theo Merriweather, Deputy Jesse Herrara, and Cook County, by their attorney, Anita Alvarez, State's Attorney of Cook County, through Thomas E. Nowinski, Assistant State's Attorney, and pursuant to *Younger v. Harris*, 401 U.S. 37 (1971), move this honorable Court to stay this action. In support, Defendants state as follows:

1. Plaintiff's Complaint purports to bring § 1983 claims against various Cook County Sheriff's Deputies alleging violations of his constitutional rights premised on an altercation that occurred in the Cook County Criminal Court Building on May 9, 2014, in which Plaintiff alleges that certain of the Defendants utilized excessive force against him.

2. As a result of the same May 9, 2014 altercation, Plaintiff was also charged with Battery to Deputy Wright in the matter of *People v. Michael O'Connor*, case number 14M1209258, pending in the Circuit Court of Cook County.

3. The criminal matter is ongoing and has a next court date of October 29, 2015.

4. Plaintiff's claims in this matter purport to raise constitutional issues that if ruled in his favor, would challenge the validity or undermine a finding of guilt in his pending criminal matter. Thus, under *Younger v. Harris*, 401 U.S. 37 (1971), plaintiff's federal civil rights claims

should be stayed pending the disposition of the underlying state criminal prosecution. *See Simpson v. Rowan*, 73 F.3d 134, 138–39 (7th Cir. 1995) (finding that *Younger* abstention applies to § 1983 damages claim in federal court pending the outcome of state court criminal proceedings).

5. Furthermore, "[d]isposition of one action necessarily involves issues which would be raised in the other,]" and, thus, "[t]he policy against federal interference with pending state criminal proceedings would be violated if this civil suit proceeded while the state case remained pending." *Mitts v. Marszewski*, 1998 U.S. Dist. LEXIS 495, *3 (N.D. Ill. 1998) (Marovich, J.) (applying *Younger* abstention to stay proceedings on § 1983 claims in federal court where plaintiff alleged that correctional officers used excessive force against him while, at the same time, plaintiff was being prosecuted in state court for aggravated battery of the same officers based on the same incident).

WHEREFORE, Defendants, Deputy Arthur Wright, Deputy Theo Merriweather, Deputy Jesse Herrara, and Cook County respectfully move this Court to enter an order staying this matter pending the disposition of the underlying state criminal proceedings.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: _/s/ *Thomas E. Nowinski*
Thomas E. Nowinski
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4327