# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VALENTINA L. O'CONNOR, as next friend and guardian of Michael W. O'Connor, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY ARTHUR WRIGHT, Star No. 10552, an individual; DEPUTY T. MERRIWEATHER, Star No. 11144, an individual; DEPUTY J. HERRERA, Star No. 11369, an individual; the COUNTY OF COOK, a Body Politic and Corporate; the CITY OF CHICAGO, a municipal corporation; OFFICER LEXINGTON, Star No. UNKNOWN, an individual; and UNKNOWN CHICAGO POLICE OFFICERS, in their individual capacities; <br> Defendants. | No.  15 cv 8066 <br><br> **Honorable Judge Ruben Castillo** <br><br> **JURY DEMANDED** |

## MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY AND AMEND COMPLAINT

NOW COMES Plaintiff, Valentina L. O'Connor, as next friend and guardian of Michael W. O'Connor, by and through one of her attorneys, Rebecca R. Kaiser, and asks this Court for leave to conduct limited discovery to reveal the identities of the intended Chicago Police Officer defendants and amend her complaint to name them as defendants prior to the expiration of the statute of limitations. In support, Mrs. O'Connor states the following:

1. On September 14, 2015, Mrs. O'Connor filed her complaint, alleging, among other things, §1983 Deliberate Indifference against Chicago Police Officer Lexington and

1

"Unknown Officers Of The Chicago Police Department" for misconduct that occurred on or around May 8, 2014 (*See*, Docket No. 1).

2. On October 22, 2015, Defendants Deputy Arthur Wright, Deputy Theo Merriweather, Deputy Jesse Herrera, and Cook County filed Defendants' Motion To Stay, asking the Court to delay this case pending the resolution of *People v. Michael O'Connor* (*See,* Docket No. 11).

3. The Court granted Defendants' motion over Mrs. O'Connor's objection (*See*, Docket No. 15).

4. The case of *People v. Michael O'Connor*, No. 14M1209258 is not the only Cook County criminal case pending against Mr. O'Connor.

5. The Cook County State Attorney's Office has elected to proceed to trial on Mr. O'Connor's other pending case prior to proceeding on Case No. 14M1209258.

6. Upon information and belief, Mr. O'Connor's other case is in the discovery phase and no trial date is set.

7. Thus, it is unlikely that Case No. 14M1209258 will proceed to trial before the two year statute of limitations expires on May 7, 2016.

8. Thus, Mrs. O'Connor seeks leave to propound limited interrogatories upon Defendant City of Chicago (the "City") in order to learn the identities of other potential defendants.

9. Mrs. O'Connor also seeks leave to amend her complaint to name those potential defendant officers once they are identified.

10. This motion is not brought for any improper purpose.

**WHEREFORE**, Plaintiff, Valentina L. O'Connor, as next friend and guardian of Michael W. O'Connor, prays that this Court grant her leave to conduct limited discovery to learn the names of the potential Chicago Police Officer defendants, to amend her complaint to name the those defendant officers, and for such other and further relief as this Court deems just.

**DATED:** March 7, 2016

Respectfully submitted,

**HENDERSON PARKS, LLC**

By:   /s/Rebecca R. Kaiser_____
One of the Attorneys For Plaintiff

Victor P. Henderson
Rebecca R. Kaiser
Henderson Parks, LLC
330 South Wells Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 262-2900
Facsimile: (312) 262-2901