**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VALENTINA L. O'CONNOR, as next friend and guardian of Michael W. O'Connor, | )<br>)<br>)<br>) |
| Plaintiff, | ) No. 15 cv 8066<br>)<br>) |
| v. | )<br>) |
| DEPUTY ARTHUR WRIGHT, Star No. 10552, an individual; *et al*., | )<br>)<br>) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW

**NOW COMES** attorney Rebecca R. Kaiser, and moves for leave to withdraw as counsel for Plaintiff. In support, Ms. Kaiser states as follows:

1. Ms. Kaiser is no longer an attorney with Henderson Parks LLC effective September 1, 2017.

2. As such, Ms. Kaiser requests leave to withdraw as attorney for Plaintiff.

3. Henderson Parks, LLC, will remain as attorneys for Plaintiff.

4. Plaintiff will have able counsel in this litigation and no party will be prejudiced by this motion.

**WHEREFORE,** attorney Rebecca R. Kaiser respectfully requests leave to withdraw as counsel for Plaintiff, and for such other and further relief as this Court deems just.

**DATED:** September 1, 2017

Respectfully submitted,

**HENDERSON PARKS, LLC**

By: /s/ Rebecca R. Kaiser
Attorney For Plaintiffs

Victor P. Henderson
Rebecca R. Kaiser
**HENDERSON PARKS, LLC**
140 South Dearborn, Suite 1020
Chicago, Illinois 60603
Phone: (312) 262-2900
Facsimile: (312) 262-2901