**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VALENTINA L. O'CONNOR, as next friend and guardian of Michael W. O'Connor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| DEPUTY ARTHUR WRIGHT, Star No. 10552, an individual; DEPUTY T. MERRIWEATHER, Star No. 11144, an individual; DEPUTY J. HERRERA, Star No. 11369, an individual; the COUNTY OF COOK, a Body Politic and Corporate; the CITY OF CHICAGO, a municipal corporation; OFFICER CHRISTINE ELLMAN, Star No. 2133, an individual; OFFICER DERRICK SHINN, Star No. 2207, an individual; OFFICER ANNE M. LEWIS, Star No. 1972, an individual; OFFICER CHARLES LONG, Star No. 1171, an individual; OFFICER CHANTELL M. MOORE, Star No. 2375, an individual; BRIAN E. YOUNG, Chicago Police Department Employee No. 55120, an individual; OFFICER J.M. RUMBAUGH, Star No. 5876, an individual; OFFICER JOHN OWENS, Star No. 7074, an Individual; and OFFICER VINCENT BARNER, Star No. 19562, an individual; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  2015 CV 8066  Judge Ruben Castillo  Magistrate Judge Kim  Jury Demanded |
| Defendants. | ) | |

**STATEMENT NOTING DEATH OF DEFENDANT BRIAN E. YOUNG**

One of the attorneys for Defendant City of Chicago, David T. Hartmann, Assistant Corporation Counsel, respectfully states and spreads of public record, pursuant to Rule 25(a), the following:

1

1. On September 14, 2015, Plaintiff filed this lawsuit against numerous defendants, including Defendant Chicago Police Department Detention Aide Brian E. Young, Employee #55120.

2. Detention Aide Young died on July 18, 2016.

3. Pursuant to Rule 25(a), counsel for Defendant City of Chicago hereby spreads of record Defendant Detention Aide Young's death.

Respectfully submitted,

___/s/ David T. Hartmann_____
Assistant Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
T: (312) 744-0747
F: (312) 744-6566
Atty No. 6309201

**CERTIFICATE OF SERVICE**

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **STATEMENT NOTING DEATH OF DEFENDANT BRIAN E. YOUNG** was served upon all attorneys of record via the Court's e-filing system.

___/s/ David T. Hartmann_____
Assistant Corporation Counsel

City of Chicago Department of Law
Federal Civil Rights Litigation Division
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602
T: (312) 744-0747
F: (312) 744-6566
Atty No. 6309201