IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINA L. O'CONNOR, as next friend and guardian of Michael W. O'Connor, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY ARTHUR WRIGHT, Star No. 10552, an individual; DEPUTY T. MERRIWEATHER, Star No. 11144, an individual; DEPUTY J. HERRERA, Star No. 11369, an individual; the COUNTY OF COOK, a Body Politic and Corporate; the CITY OF CHICAGO, a municipal corporation; OFFICER CHRISTINE ELLMAN, Star No. 2133, an individual; OFFICER DERRICK SHINN, Star No. 2207, an individual; OFFICER ANNE M. LEWIS, Star No. 1972, an individual; OFFICER CHARLES LONG, Star No. 1171, an individual; OFFICER CHANTELL M. MOORE, Star No. 2375, an individual; BRIAN E. YOUNG, Chicago Police Department Employee No. 55120, an individual; OFFICER J.M. RUMBAUGH, Star No. 5876, an individual; OFFICER JOHN OWENS, Star No. 7074, an Individual; and OFFICER VINCENT BARNER, Star No. 19562, an individual; <br><br> Defendants. | No. 15 cv 8066 <br><br> FILED <br> DEC 28 2017 <br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT |

## AMENDED NOTICE OF ATTORNEY'S LIEN

To: Robert D. Fink
Antonio Jeffrey
Collison Law Offices
134 North LaSalle Street
Suite 1200
Chicago, IL 60602

Valentina L. O'Connor
10732 South Seeley Avenue
Chicago, IL 60643

Thomas E. Nowinski
Kevin J. Kocim
Anthony E. Zecchin
Jordan L. Matthis
County States' Attorney's Office
50 West Washington Street
Room 500
Chicago, IL 60602

David T. Hartmann
Gregory M. Beck
Tiffany Y. Harris
City of Chicago Law Department
Federal Civil Rights Litigation Division
Suite 900
Chicago, IL 60602

Pursuant to the Attorney's Lien Act, 770 ILCS 5/1, you are hereby notified that the law firm of Henderson Parks, LLC claims an attorney's lien for fees and expenses in connection with the claims of Michael O'Connor in connection with a case filed in the United States District Court For The Northern District Of Illinois Eastern Division, Case No. 2015 CV 8066, and that such lien applies to any money or property which may be recovered on account of the foregoing suits, claims, demands or causes of action.

_____
Victor P. Henderson

Victor P. Henderson
**Henderson Parks, LLC**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
Phone: (312) 262-2900
Facsimile: (312) 262-2901

CERTIFICATE OF SERVICE

Under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, the undersigned, an attorney certifies that he caused the foregoing Amended Notice of Attorney's lien to be served on the above parties by sending the same by United States mail with proper postage attached, on the 28th day of December, 2017.

_____
Victor P. Henderson

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VALENTINA L. O'CONNOR, )
as next friend and guardian of Michael W. )
O'Connor, )
)
) No. 15 cv 8066
Plaintiff, )
)
v. )
)
DEPUTY ARTHUR WRIGHT, Star No. )
10552, an individual; DEPUTY T. )
MERRIWEATHER, Star No. 11144, an )
individual; DEPUTY J. HERRERA, Star )
No. 11369, an individual; the )
COUNTY OF COOK, a Body Politic and )
Corporate; the CITY OF CHICAGO, a )
municipal corporation; OFFICER )
CHRISTINE ELLMAN, Star No. 2133, an )
individual; OFFICER DERRICK SHINN, )
Star No. 2207, an individual; OFFICER )
ANNE M. LEWIS, Star No. 1972, an )
individual; OFFICER CHARLES LONG, )
Star No. 1171, an individual; OFFICER )
CHANTELL M. MOORE, Star No. 2375, an )
individual; BRIAN E. YOUNG, Chicago )
Police Department Employee No. 55120, an )
individual; OFFICER J.M. RUMBAUGH, )
Star No. 5876, an individual; OFFICER )
JOHN OWENS, Star No. 7074, an )
Individual; and OFFICER VINCENT )
BARNER, Star No. 19562, an individual; )
)
Defendants. )

FILED
DEC 28 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO: Robert D. Fink
Antonio Jeffrey
Collison Law Offices
134 North LaSalle Street
Suite 1200
Chicago, IL 60602

1

Thomas E. Nowinski
Kevin J. Kocim
Anthony E. Zecchin
Jordan L. Matthis
County States' Attorney's Office
50 West Washington Street
Room 500
Chicago, IL 60602

David T. Hartmann
Gregory M. Beck
Tiffany Y. Harris
City of Chicago Law Department
30 North LaSalle Street
Suite 900
Chicago, IL 60602

Valentina L. O'Connor
10732 South Seeley Avenue
Chicago, IL 60643

**PLEASE TAKE NOTICE** that on December 28, 2017, I filed with the Clerk of the United States District Court For The Northern District of Illinois, Eastern Division, **Amended Notice of Attorney's Lien** from Henderson Parks, LLC, a copy of which is attached.

Respectfully submitted,

By: _____
Victor P. Henderson

Victor P. Henderson
**Henderson Parks, LLC**
140 South Dearborn Street, Suite 1020
Chicago, Illinois 60603
Phone: (312) 262-2900
Facsimile: (312) 262-2901
Email: vphenderson@henderson-parks.com

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on December 28, 2017, **Amended Notice of Attorney's Lien** from Henderson Parks, LLC was served upon the following counsels by United States Mail:

Robert D. Fink
Antonio Jeffrey
Collison Law Offices
134 North LaSalle Street
Suite 1200
Chicago, IL 60602

Thomas E. Nowinski
Kevin J. Kocim
Anthony E. Zecchin
Jordan L. Matthis
County States' Attorney's Office
50 West Washington Street
Room 500
Chicago, IL 60602

David T. Hartmann
Gregory M. Beck
Tiffany Y. Harris
City of Chicago Law Department
30 North LaSalle Street
Suite 900
Chicago, IL 60602

Valentina L. O'Connor
10732 South Seeley Avenue
Chicago, IL 60643

By: _____
Victor P. Henderson