```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

VALENTINA L. O'CONNOR, as next    )
friend and guardian of Michael    )
W. O'Connor,                      )
                                  )   Case No. 15 C 8066
                Plaintiff,        )
 -vs-                             )   Chicago, Illinois
                                  )   June 27, 2018
ARTHUR WRIGHT, Deputy Star No.    )   9:57 a.m.
10552, an individual, et al.,     )
                                  )
                Defendants.       )


                      TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE CHIEF JUDGE RUBEN CASTILLO
APPEARANCES:

For the Plaintiff:       MR. ANTONIO JEFFREY
                         Collison Law Offices, Ltd.
                         134 N. LaSalle Street
                         Suite 1200
                         Chicago, IL  60602
                         (312) 906-7613
                         E-mail: Service@collisonltd.com

For the City
Defendants:              MR. DAVID TROWBRIDGE HARTMANN
                         MR. GREGORY M. BECK
                         MR. SCOTT A. COHEN
                         City of Chicago Law Department
                         30 N. LaSalle Street
                         Suite 900
                         Chicago, IL  60602
                         (312) 744-0747
                         E-mail: David.hartmann@cityofchicago.org
                                 Gregory.beck@cityofchicago.org
                                 Scott.cohen@cityofchicago.org
Court Reporter:

              KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                        Official Court Reporter
                      United States District Court
              219 South Dearborn Street, Suite 2524-A
                       Chicago, Illinois  60604
                       Telephone:  (312) 435-5569
                  Kathleen_Fennell@ilnd.uscourts.gov
```

1 APPEARANCES: (Continued)

2 For the County
Defendants:          MR. KEVIN J. KOCIM
3                    Cook County State's Attorney's Office
                     500 Daley Center
4                    Chicago, IL  60602
                     (312) 603-6189
5                    E-mail: Kevin.kocim@cookcountyil.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

```
                    (Proceedings heard in open court:)
                    THE CLERK:  15 C 8066, O'Connor versus City of
           Chicago.
                    THE COURT:  Good morning.
09:57:40           MR. JEFFREY:  Good morning, your Honor.
                    MR. HARTMANN:  Good morning.  David Hartmann for the
           defendants.
                    MR. BECK:  Greg Beck for the defendants.
                    MR. COHEN:  Scott Cohen for the defendants.
09:57:48           MR. KOCIM:  Assistant State's Attorney Kevin Kocim
           for County defendants.
                    MR. JEFFREY:  Antonio Jeffrey on behalf of plaintiff.
                    THE COURT:  Okay.  First of all, let me apologize to
           all of you because obviously this case kind of got lost in the
09:58:01   shuffle of all I've been doing this year.  It's usually not
           the norm for me to have to be reminded to rule on a pending
           motion.
                    After carefully reviewing all of the relevant
           pleadings, I'm going to deny the motion for leave to file a
09:58:20   third amended complaint, and the reason I'm doing it is as
           follows:
                    1, this case has a checkered history.  It was stayed
           for a while, and then we restarted the case.  Even though this
           case has a number bearing the year '15, the way I see this
09:58:44   case, we restarted this case once I lifted the stay and an
```

1  amended complaint was filed.

2  The first amended complaint was filed on May 5th,
3  2016. Thereafter, I allowed a second amended complaint. That
4  was on August 24th of '17. I think any of these claims that
5  were going to be filed once the stay was lifted on August 24th
6  of '17 and this case really got going should have been filed
7  at that point in time. There really is no reason why these
8  claims, such as they are, shouldn't have been asserted way
9  back then.

10  I understand that the plaintiff claims December of
11  '17 was good enough. I've looked at the *Monell* claim that's
12  alleged. I think it is deficient. I've looked at the state
13  law claims that would be added. I think they bear significant
14  statute of limitation problems.

15  But the bottom line is under Rule 15, I look at both
16  unreasonable delay and futility, and I think both of those
17  factors are in play here, and for all those reasons, I'm
18  denying the plaintiff's motion for leave to file a third
19  amended complaint.

20  That's going to leave us, gentlemen, with other
21  pending motions, right?

22  MR. HARTMANN: Yes, your Honor.

23  THE COURT: I'm sadly reminded of it from looking at
24  this docket, and all I will tell you is I intend to fix that
25  sometime next week --

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | MR. HARTMANN: Your Honor --                                  |
|          | 2  | THE COURT: -- so you'll be hearing from me.                  |
|          | 3  | Yes?                                                         |
|          | 4  | MR. HARTMANN: -- the City defendants will be filing          |
| 10:00:33 | 5  | a response by the end of the week.                           |
|          | 6  | THE COURT: Okay. To the motion to compel?                    |
|          | 7  | MR. HARTMANN: Well, there's --                               |
|          | 8  | THE COURT: There's other motions, too.                       |
|          | 9  | MR. HARTMANN: -- filed a motion for sanctions that           |
| 10:00:41 | 10 | was filed earlier this week --                               |
|          | 11 | THE COURT: Right.                                            |
|          | 12 | MR. HARTMANN: -- even though the plaintiff had the           |
|          | 13 | knowledge that that accident had been rectified, and the City|
|          | 14 | defendants will present their response in writing and attach |
| 10:00:52 | 15 | all relevant emails.                                         |
|          | 16 | There are, yes, also two motions outstanding before          |
|          | 17 | that. The City --                                            |
|          | 18 | THE COURT: Are we fully briefed on all these                 |
|          | 19 | motions?                                                     |
| 10:01:02 | 20 | MR. HARTMANN: We are fully briefed, your Honor, yes.         |
|          | 21 | THE COURT: Okay. So the only one that needs to be            |
|          | 22 | briefed is the new motion to compel?                         |
|          | 23 | MR. HARTMANN: There's a motion for sanctions that            |
|          | 24 | was filed on Monday that's noticed for July 10th. It was     |
| 10:01:16 | 25 | filed against the City defendants.                           |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | THE COURT: Noticed for July 10th?                            |
|          | 2  | MR. HARTMANN: Yes.                                           |
|          | 3  | THE COURT: Okay. Here's what I'd like you to do.             |
|          | 4  | As to the motion for sanctions, any response you want to file, |
| 10:01:26 | 5  | can you get it on file by July 5th?                          |
|          | 6  | MR. HARTMANN: It will be on file by Friday, your             |
|          | 7  | Honor.                                                       |
|          | 8  | THE COURT: Okay. We're going to hear and resolve             |
|          | 9  | all the motions on July 10th. That I can assure you.         |
| 10:01:39 | 10 | But then we're going to go back to where I was back          |
|          | 11 | last year, which is once I resolve all this, we're going to  |
|          | 12 | set this case for trial. That's what we're going to do.      |
|          | 13 | And I'll take responsibility for the fact that this          |
|          | 14 | case, you know, got off the radar screen. It's now squarely  |
| 10:02:00 | 15 | back on my radar screen. So come here with your calendar     |
|          | 16 | books because I'm going to give you a priority trial date    |
|          | 17 | after I rule on all pending motions and you leave here with  |
|          | 18 | rulings on July 10th. That's where you're headed. So be      |
|          | 19 | ready.                                                       |
| 10:02:15 | 20 | MR. HARTMANN: Yes, your Honor.                               |
|          | 21 | THE COURT: Thank you.                                        |
|          | 22 | MR. JEFFREY: Thank you, your Honor.                          |
|          | 23 | MR. HARTMANN: Thank you.                                     |
|          | 24 | MR. KOCIM: Thank you.                                        |
|          | 25 | (Which were all the proceedings heard.)                      |

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*/s/Kathleen M. Fennell*          *July 11, 2018*

_____          _____
Kathleen M. Fennell                    Date
Official Court Reporter