[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

DEC 19 2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Valentina O'Connor,
Plaintiff

v.

Cook County Sheriff Wright,
Defendant

Case Number: 15-cv-08066

Judge: Honorable Chief Judge Ruben Castillo

Magistrate Judge:

## Objections to the Settlement of the Case No. 15-cv-08066

Plaintiff Valentina O'Connor respectfully submits the attached <u>Motion of Objections to the Settlement</u> in this matter, and Respectfully requests the Honorable Chief Judge Castillo's Court's for a <u>Status date</u> regarding Plaintiff's concerns in this matter.

Plaintiff begs for Honorable Chief Judge's merciful compassion and understanding of a parent's heart which cannot let go, without a <u>Jury Trial</u> of this "public threat" als.

Respectfully,
Valentina O'Connor, 10732 S. Seeley Ave.
Chicago, IL 60643
Tel. No: (773)238-0680

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]