JN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Valentina L. O'Connor, as next friend and guardian of Michael W. O'Connor
Plaintiff

v.

Defendant

Deputy Arthur Wright, Star No. 10552, an individual; et al
Defendants.

Case Number: 15-cv-8066

Judge: Honorable Chief Judge Ruben Castillo

Magistrate Judge:

**FILED**
JAN -7 2019 PB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion for Permission to Inform this Honorable Court about Counsel R. Fink's Denial to Discuss and to Allow Plaintiff to Sign the Settlement as Enforced by the Court

Plaintiff Valentina O'Connor, in the case No. 15 cv 10263, Respectfully request this Court's permission to allow her to appear in front of this Court and to present the following:

1. Plaintiff intends to abide by this Court's ORDER to enforce Settlement, despite her need to discuss introducing a short Amendment.

2. Plaintiff sought to communicate her intention to sign the Settlement, through email correspondance (Dec., 2018) and also through numerous phone messages left for Counsel R. Fink and for his secretaries.

3. The most Recent phone call messages were left today, 1/7/201:
   - Counsel R. Fink refused to answer Plaintiff's messages, so today, 1/7/2019, Plaintiff walked over to Counsel Fink's office 134 N. La Salle, where she was specifically told by the porter that

4. Plaintiff V. O'Connor is "denied access to Counsel Fink's office's" and so Plaintiff's "entire family" is denied from visiting and from communicating with Counsel Fink. Plaintiff Respectfully request the Court's support in Resolving the above explained matters.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(4). Plaintiff and her family are excessively aggrieved, distraught and overwhelmed not just by the difficulties to become part of an

(5). Objected to settlement exonerating what Plaintiff believes is a Public Threat and a nefarious practice of the Cook County, but

(6). Also Plaintiff is abhorred by Counsel Fink's provocation of Plaintiff's son, by telling him, in a phone conversation, that he, Counsel Fink

(7). Has a $50,000.00 check for Plaintiff's son, Michael W. O'Connor, and that Plaintiff Valentina O'Connor "refuses to sign the check".

(8). Thus setting (causing) Michael to be in a constant manic state, which caused him to be hospitalized and to endanger himself by the provocation

(9). Also, in the same time with Counsel Fink's Refusal to communicate Re: Settlement and signing of the Settlement, Michael W. O'Connor's psychiatrist,

(10). Who is a close family friend of Counsel Fink, and who recommended us to hire Counsel Fink — the psychiatrist dropped Michael from her most needed care, on Dec. 18, 2018

(11). Refusing Michael O'Connor his prescription and treatment thus causing unnecessary, cruel and dangerous aggravation of Michael's mental illness. In view of the above

(12). Plaintiff is Respectfully seeking this Honorable Court's support in Enforcing the Settlement Agreement.

Respectfully Submitted by,

*O'Connor*

Valentina O'Connor

10732 S. Seeley Ave.

Chicago, Illinois 60643

Tel. No.: (773) 238-0680

## Certificate of Filing and of Service

I, the undersigned, Valentina O'Connor, Plaintiff in the Case No. 1-15-cv-08066, Respectfully filed this Motion for Permission to Inform this Honorable Court about Counsel R. Fink's Denial to Discuss and to Allow Plaintiff to Sign the Settlement as Enforced by this Court on January 7, 2019 and also deposited a copy of the above mentioned Motion in the U.S. Mailbox located @ 107th Pl and Western Blvd, to the attention of Counsel R. Fink and Defendants C.P.D. and County lawyers.

Respectfully Submitted by,

*O'Connor*

Valentina O'Connor

10732 S. Seeley Ave.

Chicago, Illinois 60643

Tel. No.: (773) 238-0680