IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Valentina L. O'Connor, as next friend and guardian of Michael W. O'Connor ) ) ) | |
| ) | Case No: 15 C 8066 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| City of Chicago, et al., ) | |

### **ORDER**

Robert Fink's motion to withdraw his appearance as counsel for plaintiff [181] is granted. Plaintiff's pro se motion for permission to file a rebuttal to the settlement order [179] and motion for permission to inform the Court [184] are denied pursuant to the Court's Order entered on 1/16/2019.

Dated: January 16, 2019                    /s/ Chief Judge Ruben Castillo