# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 21, 2019

*By the Court:*

| No. 19-1239 | VALENTINA L. O'CONNOR,<br>Plaintiff - Appellant<br><br>v.<br><br>ARTHUR R. WRIGHT, JR., et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-08066<br>Northern District of Illinois, Eastern Division<br>District Judge Ruben Castillo ||

Upon consideration of the **MOTION TO DISMISS DUPLICATE APPEAL**, filed on February 19, 2019, by Pro Se Appellant Valentina O'Connor,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit