UNITED STATES DISTRICT COURT
Northern District of Illinois, Eastern Division

Valentina O'Connor
Plaintiff,

v.

Wright et al.
Case No. 1-15-cv-8066

FILED
FEB 22 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Honorable Chief Judge
Rubén Castillo

Appeal No.: 19-1239

Motion for Plaintiff's Permission Given to Michael W. O'Connor to Collect his Financial Award and

Motion for Permission to Clarify Plaintiff's Position on the Willingness to Accept the Financial Award

- On 2/22/2019 Plaintiff was allowed to view Transcript of Dec. 18, 2018 Court appearance/status, #CF #178.
- Plaintiff noticed the Court's remark that, "...well, then the City knows what to do with the money that is just not requested by someone." Transcript of Proceedings, Dec. 18, 2018, p. 8, lines 1-2.
- Plaintiff asks permission to clarify the statement which the Court made: "the money" are requested by the victim in this case, Michael W. O'Connor. He is requesting the money and the Plaintiff allows his request,
- On the condition that: since Michael has been greatly impaired mentally/emotionally by his 5/09/2014 assault (please Refer to the Sheriffs Reports, the Investigation of Excessive force used, Doctors' statements which Mr. Fink still has)
- And since Plaintiff is Michael's Plenary Legal Guardian, despite the derogative and lack of Respect mode she was treated in the proceedings of this case — Plaintiff gives Michael permission to request and to use the amount offered in the settlement (which Plaintiff contests), in order for Michael — who was reduced to indigent status by being arrested, prosecuted, jailed and assaulted with No Cause — to use for his needed treatment.
- Treatment of Michael's wounds is desperately needed and denying him access to money offered for it — would only constitute another abuse of discretion of the Court and free of responsibility Public Threat of Court.
- Plaintiff respectfully Requests that Mr. Fink — who on 1/15/2019 promised M. O'Connor "the check" — follows up on his promise, as long as this

money do not and will not be construed as an acceptance, by the plaintiff, of any conditions for the settlement, on the County's part, e.g. that "Michael fell on his face, in a little blood" 5/09/14 assault and his, or that there is no Causal Link between his aggravated mental illness (presently he is diagnosed with shizophrenia, whereas, prior to his false and unconstitutional charges of "aggr. battery" against Deputy Wright and cyberstalking a victim whose father, upon information and belief, is a Cook County Jail Inspector, a victim who texted their friends, "Mike didn't do anything to me, girl, I just wanna see his ass rot in jail", prior to the conscience shocking malicious/vindictive prosecution's actions against Michael, he was a highly functional 20 years old college student at DePaul University, 2 (two) trimesters from graduating with a B.A. in Communications with a professional career ahead and a life of Liberty and Happiness ahead of him. Nothing can replace what has been illegally taken away from Michael, but, in his present condition - when he still needs legal representation for being repeatedly since June 14, 2012, until today, re-arrested, re-incarcerated without Cause: I.D.#20190125217

- Plaintiff asks again, in Summary, that, as long as her ability to pursue Justice for her son/ward, in the Appeal Court, and in any other judicial action that might be needed to at least exonerate Michael from under his unconstitutional, color of law, color of process charges, and to place liability on those Responsible for perpetuating these Public Threat practices - Michael should be allowed to access his granted "money" -
- as long as Plaintiff's pursuit of Michael's Justice is not affected in any way.

Respectfully Submitted,
Valentina O'Connor
Valentina O'Connor
10732 S. Seeley Ave.
Chicago, Illinois 60643
Tel. #: (773) 238-0680